**Ropp Motor Company, appellee, v. L. A. Ruda, appellant. Gen. No. 24,977.**

Failure of record to present question for review. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

Charles J. Michal, for appellant; Charles J. Michal and John H. McAuliffe, of counsel. Bassler, Bippus & Rose, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Samuel M. Ash, assignee of Harry F. Rose and James R. Cox, trading as Vaudeville Publishing Company, appellant, v. Tai Jue Quong, otherwise known as Jue Quong Tai, appellee. Gen. No. 24,989.**

Attachment proceeding. Attachment quashed, discharge of garnishee and judgment of *nil capiat* entered. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

Leon A. Berezniak, for appellant. Adolph Marks, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Louis Richard, trading as L. Richard & Company, appellee, v. United Mills Company, appellant. Gen. No. 25,006.**

Judgment by default for plaintiff on striking affidavit of defense from files. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919. Rehearing denied June 30, 1919.

Jones, Addington, Ames & Seibold, for appellant; Albert F. Mecklenburger, of counsel. Felsenthal & Wilson, for appellee; A. R. Miller, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**Albert Muzio, by Andrew Muzio, plaintiff in error, v. William Lowry et al., defendants in error. Gen. No. 24,906.**

Action by child to recover for personal injuries on being struck by wagon. Judgment for defendants. Error to the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919. Rehearing denied June 30, 1919.

Weldon Webster, for plaintiff in error. Joel C. Carlson, for defendant in error Younger-Devine Dairy Company.

Mr. Justice McSurely delivered the opinion of the court.